From: Terri Serwacki <terri.serwacki@att.net>
Subject: Fw: Volume Guarantee Invoice for 11/10-01/11
Date: October 29, 2012 5:48:03 PM EDT
To: T Church <tchurch@knightjohnson.com>

1 Attachment, 29 KB

Terri L Serwacki CEO
Genesis Emergency Medicine Services LLC
122 Carlyle Avenue
Belleville, IL 62220
Office: 618-277-5974
Cell: 618-980-0405
Fax: 618-239-6094
Email: terri.serwacki@att.net

--- On Wed, 2/2/11, Terri Serwacki <terri.serwacki@att.net> wrote:

From: Terri Serwacki <terri.serwacki@att.net>
Subject: Volume Guarantee Invoice for 11/10-01/11
To: "Lara Busbee" <l.busbee@flintriverhospital.com>
Cc: "Cathy" <c.patterson@flintriverhospital.com>, "Fred Yates" <fyates88@gmail.com>, "Janice Flandreau" <jan.flan@att.net>
Date: Wednesday, February 2, 2011, 3:02 PM

Lara:

Attached is the invoice for the quarterly adjustment of the volume guarantee. Please make payment to the address on the invoice no later than February 5th. Please contact me with any questions.

Thanks,

Terri
618-277-5974

Invoice Mon....doc (29 KB)



Defendant's Exhibit 33

FEM 3174

# Flint Emergency Medicine LLC

Invoice for volume guarantee: Flint River Community Hospital, Montezuma, Georgia
Dates of service: November 1, 2010 through January 31, 2011
Date of invoice: February 2, 2011
To the attention of: Ray Shoemaker CEO

This invoice is for services rendered by Flint Emergency Medicine LLC. Please make payment upon receipt as delineated below and mail payment to:

Flint Emergency Medicine LLC
PO Box 6773
Shreveport, Louisiana 71136

Payment breakdown is as follows:

Quarterly Volume Guarantee = 1588 @ $64.50 per patient

| | |
|---|---|
| Volume Guarantee | 1588 |
| Actual Volume | - 1583 |
| Total | 5 |
| | x $64.50 |
| Total Amount Due | $322.50 |

*Total amount due from Hospital:*   *$ 322.50*

For any questions please contact:

Terri L Serwacki CEO
Genesis Emergency Medicine Services LLC
Office:     618-277-5974
Cellular:   618-980-0405
Email:      terri.serwacki@att.net

Thank you,

# Terri L Serwacki

Terri L Serwacki CEO
Genesis Emergency Medicine Services LLC